UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE EDUARDO CRISTOBAL AMEZCUA,<br><br>                                    Petitioner,<br><br>v.<br><br>CHRISTOPHER LAROSE,<br><br>                                    Respondent. | Case No.:  3:26-cv-1340-CAB-DDL<br><br>**ORDER DENYING PETITION AS MOOT** |

On March 2, 2026, Petitioner Jorge Eduardo Cristobal Amezcua filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  [Doc. No. 1 ("Petition").]  At Petitioner's individual merits hearing, the Immigration Judge granted Petitioner voluntary return to Mexico by June 1, 2026 on the condition of a bond.  [Doc. No. 8 at 1.] Respondents filed a notice that Petitioner posted bond and has been released from detention.  [Doc. No. 10 at 1.]

///

///

///

1

Given Petitioner's release, the Petition is **DENIED AS MOOT**. The Court **VACATES** the prior Order preventing Respondent from transferring Petitioner outside this District. [Doc. No. 2 at 2.]  The Clerk of the Court shall close the case.

It is **SO ORDERED**.

Dated:  April 22, 2026

_____
Hon. Cathy Ann Bencivengo
United States District Judge